MANDEL G. SHULMAN, as Administrator of the Estate of MORRIS SHULMAN, Deceased, Respondent, v. FIRST BANK & TRUST COMPANY OF UTICA et al., Appellants.— Interlocutory judgment affirmed, with costs. All concur. (Appeal from

an interlocutory judgment directing defendant bank to account for assets received under a creditor's agreement.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.